

A CERTIFIED TRUE COPY
JUN 2 0 2005
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 2 2005

FILED
CLERK'S OFFICE

**DOCKET NO. 1598**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION**

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL TRANSFER ORDER (CTO-19)**

JUDGE RAKOFF

On April 13, 2004, the Panel transferred 14 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 321 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jed S. Rakoff.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Rakoff.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of April 13, 2004, 314 F.Supp. 2d 1373 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jed S. Rakoff.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN 2 0 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED COPY
J. MICHAEL McMAHON,     CLERK
BY Jesseca Doss
        DEPUTY CLERK

PAGE 1 OF 2

# SCHEDULE CTO-19 - TAG-ALONG ACTIONS
## DOCKET NO. 1598
## IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 2 04-3468 | Beverly E. King, et al. v. Metabolife International, Inc., et al. |
| **ARIZONA** | |
| AZ 2 05-669 | Melissa Rubio v. Metabolife International, Inc., et al. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3 05-847 | Laurence Budwig, et al. v. Metabolife International, Inc., et al. |
| **FLORIDA MIDDLE** | |
| FLM 8 05-665 | Robert Wright v. Metabolife International, Inc. |
| **FLORIDA SOUTHERN** | |
| FLS 0 05-60077 | Margaret Rosado, etc. v. Basic Research, LLC |
| **ILLINOIS NORTHERN** | |
| ILN 1 05-1765 | David M. McCray v. N.V.E., Inc., et al. |
| **LOUISIANA EASTERN** | |
| LAE 2 05-1670 | Susie Estedes, et al. v. Metabolife International, Inc. |
| LAE 2 05-1673 | Cheryl Washington v. Metabolife International, Inc. |
| LAE 2 05-1674 | Esther Louis v. Metabolife International, Inc. |
| LAE 2 05-1675 | Rebecca Dale Missino, et al. v. Metabolife International, Inc. |
| **MASSACHUSETTS** | |
| MA 1 05-10870 | Alicia Brucato v. Metabolife Corp., et al. |
| MA 1 05-10872 | Stephen Howard v. Metabolife Corp., et al. |
| **MINNESOTA** | |
| MN 0 05-480 | Joel Brandt v. Metabolife Corp., et al. |
| MN 0 05-514 | Virginia Morse v. Muscletech Research & Development, Inc., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 05-354 | Larry D. Hawkins v. General Nutrition Centers, Inc |
| **NEW JERSEY** | |
| NJ 1 05-2135 | Nicole Delva v. Metabolife International, Inc., et al. |
| **NEVADA** | |
| NV 3 05-101 | Morgan Seippel v. NVE Pharmaceuticals, Inc., et al. |
| **OHIO NORTHERN** | |
| OHN 1 05-919 | Joann Kalman, etc. v. Metabolife International, Inc. |
| **OHIO SOUTHERN** | |
| OHS 2 05-307 | Deborah Ehling, etc. v. Metabolife International Inc., et al. |
| **OKLAHOMA NORTHERN** | |
| OKN 4 05-255 | Debra Menshippubby v. Muscletech R&D, Inc., et al. |

SCHEDULE CTO-10 - TAG-ALONG ACTIONS (MDL-1598)                          PAGE 2 of 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| PENNSYLVANIA EASTERN | |
| PAE 2 05-1151 | Channin Atwood v. Metabolife Corp., et al. |
| SOUTH CAROLINA | |
| SC 1 05-756 | John Henry Lewis, Jr. v. Muscletech Research & Development, Inc., et al. |