06/24/05 14:12 FAX 212 689 8156 Case 1:05-cv-05971-JSR RHEINGOLD, VALET, Document 5 Filed 07/06/2005 Page 1 of 4 ☒002
06/23/2005 13:43 FAX 2127040196 ☒002/004

RAKOFF, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
:
In re: : 04 MD 1598 (JSR)
:
EPHEDRA PRODUCTS LIABILITY :
LITIGATION. :
:
Debtors. :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-6-05

PERTAINS TO ALL CASES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
: Chapter 11
:
In re: : Case No. 03-15564 (RDD)
:
TL ADMINISTRATION CORPORATION :
et al. (f/k/a TWINLAB CORPORATION, et al.) : (Jointly Administered)
:
Debtors. :
:
----------------------------------------X

## STIPULATION FOR CHANGE OF ATTORNEY

**PLEASE TAKE NOTICE** that the undersigned counsel, current attorneys of record for the Plaintiffs' Coordinating Counsel in the above-captioned action and substitute attorneys of record for the Official Committee of Ephedra Claimants (the "Committee") in the above-captioned action, hereby file this Stipulation seeking an Order from the Court effectuating a change of counsel. Pursuant to Local Civil Rule 1.4, it is requested that counsel for The Committee be changed and that David J. Molton, Esq. (DM 1106), of Brown Rudnick Berlack Israels LLP, Seven Times Square, New York, New York 10036 be substituted as attorney for The Committee and that David J. Molton, Esq. of Brown Rudnick Berlack Israels LLP hereby appears for the Committee and demands that all papers in this action be served upon him at his office.

A copy of the Order Pursuant to Sections 328 and 1103(a) of The Bankruptcy Code and Bankruptcy Rule 2014 Approving Employment and Retention of Brown Rudnick Berlack Israels LLP as counsel for the Official Committee of Ephedra Claimants, entered on May 25, 2005 in the chapter 11 cases of TL, entitled In re: TL Administration Corporation, et al. (f/k/a Twinlab Corporation, et al.), Case No. 03-15564 (RDD) (Jointly Administered) is attached hereto as Exhibit A.

Dated: New York, New York
       June 23, 2005

BROWN RUDNICK BERLACK
ISRAELS LLP

By: _____
    David J. Molton (DM-1106)

Attorneys for Official Committee of Ephedra
Claimants in the chapter 11 cases, entitled
In re: TL Administration Corporation, et al.
(f/k/a Twin lab Corporation, et al.
Seven Times Square
New York, New York 10036
(212) 209-4822


Dated: New York, New York
       June __, 2005

RHEINGOLD, VALET, RHEINGOLD,
SHKOLNIK, MCCARTNEY LLP

By: _____
    Paul Rheingold, Esq. (PR-   )

Plaintiffs' Coordinating Counsel
13 East 37th Street
New York, New York 10016
(212) 684-1880

A copy of the Order Pursuant to Sections 328 and 1103(a) of The Bankruptcy Code and Bankruptcy Rule 2014 Approving Employment and Retention of Brown Rudnick Berlack Israels LLP as counsel for the Official Committee of Ephedra Claimants, entered on May 25, 2005 in the chapter 11 cases of TL, entitled In re: TL Administration Corporation, et al. (f/k/a Twinlab Corporation, et al.), Case No. 03-15564 (RDD) (Jointly Administered) is attached hereto as Exhibit A.

Dated: New York, New York
June 23, 2005

BROWN RUDNICK BERLACK
ISRAELS LLP

By:_____
David J. Molton (DM-1106)

Attorneys for Official Committee of Ephedra
Claimants in the chapter 11 cases, entitled
In re: TL Administration Corporation, et al.
(f/k/a Twin lab Corporation, et al.
Seven Times Square
New York, New York 10036
(212) 209-4822

Dated: New York, New York
June __, 2005

RHEINGOLD, VALET, RHEINGOLD,
SHKOLNIK, MCCARTNEY LLP

By:_____
Paul Rheingold, Esq. (PR-9390)

Plaintiffs' Coordinating Counsel
13 East 37th Street
New York, New York 10016
(212) 684-1880

2

Dated: New York, New York
      June 23, 2005

NO OBJECTION —

BINGHAM McCUTCHEN LLP

By: *[signature]*
    Peter C. Neger, Esq. (PN-2137)

Defendants' Coordinating Counsel
399 Park Avenue
New York, New York 10022
(212) 705-7226

Dated: 7/1, 2005

SO ORDERED:

*[signature]*
U.S.D.J.