```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
In re: EPHEDRA PRODUCTS LIABILITY     :   04 MD 1598 (JSR)
LITIGATION.                           :
                                      :
------------------------------------- x
PERTAINS TO ALL CASES


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                         :
In re: TL ADMINISTRATION CORPORATION,    :   Chapter 11 Case
et al. (f/k/a TWINLAB CORPORATION, et    :   No. 03-15564 (RDD)
al.),                                    :
                                         :   (Jointly Administered)
              Debtors.                   :
                                         :
------------------------------------- x      ORDER
```

JED S. RAKOFF, U.S.D.J.

The Court hereby denies the motion of Ozan Cirak, et al. to adjourn the July 19, 2005 hearing.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       July 14, 2005

DATE FILED: 7-15-05