UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
In re: EPHEDRA PERSONAL INJURY             :
LITIGATION                                 :   04 M.D. 1598 (JSR)
                                           :
------------------------------------------X
PERTAINS TO ALL CASES

### ORDER

JED S. RAKOFF, U.S.D.J.

The Court has received the Special Master's bill dated July 1, 2005, together with a notice filed electronically by the Special Master on July 1 inviting parties to send comments or objections about the bill by letter to Chambers to be received on or before July 13, 2005. No objections or comments were received.

After reviewing the Special Master's bill dated July 1, 2005, the Court hereby approves it in the amount of $16,883.00. Since the Court has previously ordered defendant Nitro 2 Go Inc. in *Pierce v. Twin Laboratories, Inc.*, No. 03 Civ. 9260, to pay the Special Master for his time spent on Nitro 2 Go's improvident motion that the Court denied at the July 7, 2005 conference, of which 4.1 hours is included in the bill hereby approved, the Court now directs TL Administration Corporation (f/k/a Twinlab Corporation) and TL Administration Inc. (f/k/a Twin Laboratories, Inc.) to pay the Special Master the balance of $15,858.00 as an administrative expense of the debtor's estate, as provided in ¶ 4 of this Court's Order dated March 4, 2004.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-19-05

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated    New York, New York
         July 18, 2005