```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
In re: EPHEDRA PRODUCTS LIABILITY    :         04 MD 1598 (JSR)
LITIGATION.                          :
                                     :
                                     :
------------------------------------ x
PERTAINS TO ALL CASES


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
In re: TL ADMINISTRATION CORPORATION, :       Chapter 11 Case No.
et al. (f/k/a TWINLAB CORPORATION, et :           03-15564
al.),                                :
                                     :        (Jointly Administered)
               Debtors.              :
                                     :
------------------------------------ x           ORDER
```

JED S. RAKOFF, U.S.D.J.

The Joint Objection of Debtors and the Official Committee of Unsecured Creditors to Disallow the Barr and Lackowski Consumer Class Action Claims is hereby granted.  An opinion setting forth the reasons for this ruling will issue in due course.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        July 20, 2005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-21-05