UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
                                         :
In re: EPHEDRA PRODUCTS LIABILITY        :    04 MD 1598 (JSR)
LITIGATION.                              :
                                         :
                                         :
---------------------------------------- x
PERTAINS TO ALL CASES


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
                                         :
In re: TL ADMINISTRATION CORPORATION,    :    Chapter 11 Case No.
et al. (f/k/a TWINLAB CORPORATION, et    :         03-15564
al.),                                    :
                                         :    (Jointly Administered)
             Debtors.                    :
                                         :
---------------------------------------- x    ORDER

JED S. RAKOFF, U.S.D.J.

   The Joint Objection of Debtors and the Official Committee of Unsecured Creditors to Disallow the Cirak Class Claim is hereby granted. An opinion setting forth the reasons for this ruling will issue in due course.

   SO ORDERED.

                                    _____
                                    JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       July 20, 2005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-21-05