UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
In re: EPHEDRA PERSONAL INJURY          :
LITIGATION                              :  04 M.D. 1598 (JSR)
                                        :
----------------------------------------X
PERTAINS TO ALL CASES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-25-05

                ORDER

JED S. RAKOFF, U.S.D.J.

   The Court has received the attached bill of BALL BAKER LEAKE, LLC, dated July 7, 2005, together with a notice filed electronically by the Special Master on July 7 2005, inviting interested parties to send comments or objections about the bill by letter to Chambers to be received on or before July 18, 2005. No objections or comments were received.

   After reviewing the bill of BALL BAKER LEAKE, LLC, dated July 7, 2005, the Court hereby approves it and directs the Clerk of the Court to pay BALL BAKER LEAKE, LLC the sum of $1,641.25 out of the Ephedra Plaintiffs Common Expense Fund, which the Clerk is holding pursuant to Case Management Order No. 7 ¶2(a).

       SO ORDERED.

                                    _____
                                    JED S. RAKOFF, U.S.D.J.

Dated    New York, New York
         July 20, 2005