UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re: EPHEDRA PERSONAL INJURY
LITIGATION                                  : 04 M.D. 1598 (JSR)

------------------------------------x
PERTAINS TO ALL CASES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-25-05

ORDER

JED S. RAKOFF, U.S.D.J.

The Court has received the Special Master's bill dated June 1, 2005, together with a notice filed electronically by the Special Master on June 1 inviting parties to send comments or objections about the bill by letter to Chambers to be received on or before June 13, 2005. No objections or comments were received.

After reviewing the Special Master's bill dated June 1, 2005, the Court hereby approves it and directs TL Administration Corporation (f/k/a Twinlab Corporation) and TL Administration Inc. (f/k/a Twin Laboratories, Inc.) to pay the Special Master the sum of $25,442.35 as an administrative expense of the debtor's estate, as provided in ¶ 4 of this Court's Order dated March 4, 2004.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated    New York, New York
         July 22, 2005