-----------------------------------------------------------------------X

UNITED STATES DISTRICT COURT                    :
SOUTHERN DISTRICT OF NEW YORK                    :

-----------------------------------------------------------------------X
                                                :
IN RE: EPHEDRA PRODUCTS LIABILITY LITIGATION    :
                                                : 04 M.D. 1598 (JSR)
                                                :
                                                :
-----------------------------------------------------------------------X

PERTAINS TO - 1:05-cv-05971-JSR

DAVID M. MCCRAY,                              )
                                             )
        Plaintiff,                           )      Case No.:  1:05-cv-05971-JSR
     v.                                      )
                                             )      Demand for Jury Trial
N.V.E., INC, d/b/a NVE                       )
PHARMACEUTICALS INC., a New Jersey           )      Honorable Jed S. Rakoff
Corporation, and GN OLDCO                    )
CORPORATION (f/k/a GENERAL                   )
NUTRITION CORPORATION), GENERAL              )
NUTRITION COMPANIES, INC., GENERAL
NUTRITION CENTERS INC., GNC
CORPORATION, and GENERAL
NUTRITION CENTER INTERNATIONAL,
INC.,

        Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT in relation to the above captioned case,

Victoria Dizik Teremenko and Sarah C. Bullard of KENNETH B. MOLL &

ASSOCIATES, LTD, provide this notice of their appearance as counsel or record for

Plaintiff David McCray.  All papers relating to this action should be served upon

Victoria Dizik Teremenko and Sarah C. Bullard at the following address:

KENNETH B. MOLL & ASSOCIATES, LTD.



KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
kbmoll.com

Three First National Plaza
50TH Floor
Chicago, Illinois 60602
vdt@kbmoll.com
scb@kbmoll.com


The general office telephone and facsimile numbers for those attorneys are listed below:
TEL: 312.558.6444
FAX: 312.558.1112

Respectfully submitted,

By: /s/ Victoria Dizik Teremenko
Victoria Dizik Teremenko, Esq.
**KENNETH B. MOLL & ASSOCIATES, LTD.**
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
www.kbmoll.com
National Counsel for Plaintiff



KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
kbmoll.com

<u>CERTIFICATE OF SERVICE</u>

     The undersigned hereby certifies that a copy of the foregoing was electronically filed in the Ephedra MDL 1598 or mailed by United Postal Service, to the following counsel of record listed below on this 28th day of July, 2005:

**Attorneys for Defendants NVE, Inc., and GNC, GN OLDCO, et al**
Brian N. Ramm
Sally A. Jamieson
ULMER & BERNE LLP
1300 East 9th Street, Suite 900
Cleveland, Oh 44114
TEL: 216-931-6000
FAX: 216-931-6001

Kevin B. Duckworth, Esq.
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
TEL: 312-222-9350
FAX: 312-527-0484

By: /s/ Victoria Dizik Teremenko
Victoria Dizik Teremenko, Esq.
**KENNETH B. MOLL & ASSOCIATES, LTD.**
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
www.kbmoll.com
National Counsel for Plaintiff

KENNETH B. MOLL
& ASSOCIATES, LTD.
Three First National Plaza
50TH Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
TOLL FREE: 888.882.3453
kbmoll.com

3