UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
                                        :
In re: EPHEDRA PRODUCTS LIABILITY       :   04 MD 1598 (JSR)
LITIGATION.                             :
                                        :
----------------------------------------x
PERTAINS TO ALL CASES


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
                                        :
In re: TL ADMINISTRATION CORPORATION,   :   Chapter 11 Case No.
et al. (f/k/a TWINLAB CORPORATION, et   :        03-15564
al.),                                   :
                                        :   (Jointly Administered)
            Debtors.                    :
                                        :
----------------------------------------x        ORDER

JED S. RAKOFF, U.S.D.J.

   On July 26, 2005, the Court and Bankruptcy Judge Robert D. Drain jointly signed an Order Confirming the First Amended Joint Plan of Liquidation of TL Administration Corporation. That Order, together with the relevant, supporting exhibits, has already been entered on the Bankruptcy Court's docket. For the sake of the completeness, the Clerk of the Court is directed to docket the attached Order (without the voluminous exhibits) on the Court's docket under 04 MD 1598.

   SO ORDERED.

                                         _____
                                         JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       July 2̶7̶, 2005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-27-05