Peter C. Neger (PN-2737)
**Bingham McCutchen LLP**
399 Park Avenue
New York, NY 10022-4689
Telephone: (212) 705-7000
Facsimile: (212) 752-5378

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: EPHEDRA PRODUCTS
LIABILITY LITIGATION                    04 MD 1598 (JSR)

PERTAINS TO ALL CASES

## ORDER GRANTING MOTION
## FOR ADMISSION *PRO HAC VICE*

Upon the motion of Peter C. Neger, Defense Liaison Counsel, dated August 4, 2005, for admission *pro hac vice* of an attorney in this Multidistrict Litigation, and for good cause shown, it is hereby

ORDERED, that Mark Clarence Hagarty is admitted to this Court *pro hac vice*.

Dated: August 5, 2005

_____
Jed S. Rakoff, United States District Judge

NYDOCS/1206577.1