UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
In re: EPHEDRA PERSONAL INJURY            :
LITIGATION                                :  04 M.D. 1598 (JSR)
                                          :
------------------------------------------x
PERTAINS TO ALL CASES


<u>ORDER</u>

JED S. RAKOFF, U.S.D.J.

   The Court has received the Special Master's bill dated August 1, 2005, together with a notice filed electronically by the Special Master on August 1 inviting parties to send comments or objections about the bill by letter to Chambers to be received on or before August 12.  No objections or comments were received.

   After reviewing the Special Master's bill dated August 1, 2005, the Court hereby approves it and directs TL Administration Corporation (f/k/a Twinlab Corporation) and TL Administration Inc. (f/k/a Twin Laboratories, Inc.) to pay the Special Master the sum of $15,730.75 as an administrative expense of the debtor's estate, as provided in ¶ 4 of this Court's Order dated March 4, 2004.

        SO ORDERED.

                                    _____
                                    JED S. RAKOFF, U.S.D.J.

Dated    New York, New York
         August 15, 2005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 8-16-05