```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
In re: EPHEDRA PERSONAL INJURY      :
LITIGATION                          :   04 M.D. 1598 (JSR)
                                    :
------------------------------------X
PERTAINS TO ALL CASES
```

ORDER

JED S. RAKOFF, U.S.D.J.

The Court has received the attached bill of BALL BAKER LEAKE, LLC, dated August 31, 2005, together with a notice filed electronically by the Special Master on September 1, 2005, inviting interested parties to send comments or objections about the bill by letter to Chambers to be received on or before September 12, 2005. No objections or comments were received.

After reviewing the bill of BALL BAKER LEAKE, LLC, dated August 31, 2005, the Court hereby approves it and directs the Clerk of the Court to pay BALL BAKER LEAKE, LLC the sum of $978.75 out of the Ephedra Plaintiffs Common Expense Fund, which the Clerk is holding pursuant to Case Management Order No. 7 ¶2(a).

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated   New York, New York
        September 12, 2005