```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
In re: EPHEDRA PERSONAL INJURY          :
LITIGATION                              :   04 M.D. 1598 (JSR)
                                        :
----------------------------------------X
PERTAINS TO ALL CASES
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 9-13-05

ORDER

JED S. RAKOFF, U.S.D.J.

The Court has received the Special Master's bill dated September 1, 2005, together with a notice filed electronically by the Special Master on September 1 inviting parties to send comments or objections about the bill by letter to Chambers to be received on or before September 12. No objections or comments were received.

After reviewing the Special Master's bill dated September 1, 2005, the Court hereby approves it and directs TL Administration Corporation (f/k/a Twinlab Corporation) and TL Administration Inc. (f/k/a Twin Laboratories, Inc.) to pay the Special Master the sum of $10,719.93 as an administrative expense of the debtor's estate, as provided in ¶ 4 of this Court's Order dated March 4, 2004.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 12, 2005