UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ----------------------------------X : | 04 M.D. 1598 (JSR) |
| IN RE EPHEDRA PRODUCTS : | |
| LIABILITY LITIGATION : | |
| ----------------------------------X : | |
| DAVID M. MCCRAY, : | |
| Plaintiff, : | |
| v. : | |
| N.V.E., INC., d/b/a NVE PHARMACEUTICALS : | |
| INC., *et al.*, : | |
| Defendants : | |
| ----------------------------------X : | |
| PERTAINS TO : | |
| DOCKET NO. 05 CV 05971 : | |
| ----------------------------------X : | |

## NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBER

Please take notice that **effective November 28, 2005**, the address and telephone number for counsel for defendants **GN Oldco Corporation (f/k/a General Nutrition Corporation), GNCI Oldco, Inc. (f/k/a General Nutrition Companies, Inc.), General Nutrition Centers Inc., GNC Corporation, and General Nutrition International, Inc.** are:

> Brian N. Ramm (Ohio Bar 0038852)
> Sally A. Jamieson (Ohio Bar 0072786)
> ULMER & BERNE LLP
> Skylight Office Tower
> 1660 West Second Street, Suite 1100
> Cleveland, Ohio 44113-1448

216/583-7000
Fax 216/583-7001
bramm@ulmer.com
sjamieson@ulmer.com


/s/ Sally A. Jamieson
Brian N. Ramm (Ohio Bar 0038852)
Sally A. Jamieson (Ohio Bar 0072786)
ULMER & BERNE LLP
Skylight Office Tower
1660 West Second Street, Suite 1100
Cleveland, Ohio 44113-1448
216/583-7000
Fax 216/583-7001
bramm@ulmer.com
sjamieson@ulmer.com
**Attorneys for Defendants GN Oldco Corporation (f/k/a General Nutrition Corporation), GNCI Oldco, Inc. (f/k/a General Nutrition Companies, Inc.), General Nutrition Centers Inc., GNC Corporation, and General Nutrition International, Inc.**

**CERTIFICATE OF SERVICE**

   I hereby certify that a true copy of the foregoing was served via Regular U.S. Mail upon counsel of record listed below and was served electronically via the court's electronic case filing system upon counsel for the coordinating committees listed in the attached mailing list via email on the 29th day of December, 2005:

**Ronald V. Fiesta, Esq.**
**Nizam M. Arain, Esq.**
**Kenneth B. Moll & Associates, Ltd.**
**Three First National Plaza, 50th Floor**
**Chicago, Illinois 60602**
**Ph.: (312) 558-6444/FAX: (312) 558-1112**
www.kbmoll.com

          /s/ Sally A. Jamieson

04 M.D. 1598 (JSR)
U. S. District Court, S. D., N. Y.
Mailing List of Coordinating Counsel

<u>PLAINTIFFS'
COORDINATING COUNSEL:</u>
**Edward F. Blizzard, Esq.**
**BLIZZARD, MCCARTHY & NABERS LLP**
**440 Louisiana Street, Suite 1710**
**Houston, TX 77002**
**Tel:    (713) 844-3750**
**Fax:    (713) 844-3755**
**E-Mail:  eblizzard@blizzardlaw.com**

**Anne Andrews, Esq.**
**ANDREWS & THORNTON**
**820 N. Parton Street – Second Floor**
**Santa Ana, CA 92701**
**Tel:    (714) 565-7555**
**Fax:    (714) 242-9802**
**E-Mail:  aa@andrewsthornton.com**

**Paul D. Rheingold, Esq.**
**RHEINGOLD, VALET, RHEINGOLD,**
**SHKOLNIK & MCCARTNEY LLP**
**113 East 37th Street**
**New York, NY 10016**
**Tel:    (212) 684-1880**
**Fax:    (212) 689-8156**
**E-Mail:  prheingold@rheingoldlaw.com**

**Robert B. Roden, Esq.**
**SHELBY RODEN & CARTEE, LLC**
**2956 Rhodes Circle**
**Birmingham, AL 35205**
**Tel:    (205) 933-8383**
**Fax:    (205) 933-8386**
**E-Mail:  rroden@shelbyroden.com**

**Leslie W. O'Leary, Esq.**
**WILLIAMS DAILEY O'LEARY**
**CRAINE & LOVE, PC**
**9755 SW Barnes Road, Suite 450**
**Portland, OR 97204-1135**
**Tel:    (503) 295-2924**
**Fax:    (503) 295-3720**
**E-Mail:  loleary@wdolaw.com**

**Robert G. Rikard, Esq.**
**WHETSTONE MYERS PERKINS & YOUNG**
**1303 Blanding Street**
**Columbia, SC 29201**
**Tel:    (803) 799-9400**
**Fax:    (803) 376-5084**
**E-Mail:  rrikard@attorneyssc.com**

**Paul J. Hanly, Jr., Esq.**
**HANLY CONROY BIERSTEIN**
**& SHERIDAN LLP**
**112 MADISON AVENUE, 7TH FLOOR**
**New York, NY 10016-7416**
**Tel:    (212) 784-6401**
**Fax:    (212) 401-7618**
**E-Mail:  phanly@hanlyconroy.com**

<u>Plaintiffs' Liaison Counsel:</u>
**Janet A. Abaray, Esq.**
**LOPEZ, HODES, RESTAINO,**
**MILMAN & SKIKOS**
**312 Walnut St., Suite 2090**
**Cincinnati, OH 45202**
**Tel:    (513) 852-5600**
**Fax:    (513) 852-5611**
**E-Mail:  jabaray@lopez-hodes.com**

DEFENDANTS'
COORDINATING COUNSEL:
**Thomas B. K. Ringe, III, Esq.**
**DUANE MORRIS LLP**
**One Liberty Place, Suite 4200**
**Philadelphia, PA  19103-7396**
**Tel:    (215) 979-1160**
**Fax:    (215) 979-1020**
**E-Mail:  tbkringe@duanemorris.com**

**Joseph P. Thomas, Esq.**
**ULMER & BERNE LLP**
**600 Vine Street, Suite 2800**
**Cincinnati, OH  45202**
**Tel:    (513) 698-5000**
**Fax:    (513) 698-5001**
**E-Mail:  jthomas@ulmer.com**

**Rex A. Littrell, Esq.**
**ULMER & BERNE LLP**
**88 East Broad Street, Suite 1600**
**Columbus, OH  43215**
**Tel:    (614) 229-0000**
**Fax:    (614) 229-0001**
**E-Mail:  rlittrell@ulmer.com**

**Steven J. Kirsch, Esq.**
**MURNANE CONLIN WHITE & BRANDT**
**30 East 7th Street, Suite 3200**
**St. Paul, MI  55101-4919**
**Tel:    (651) 227-9411**
**Fax:    (651) 223-5199**
**E-Mail:  skirsch@murnane.com**

**R. Gaylord Smith, Esq.**
**LEWIS BRISBOIS BISGAARD & SMITH**
**550 West "C" Street, 8th Floor**
**San Diego, CA  92101**
**Tel:    (619) 233-1006**
**Fax:    (619) 233-8627**
**E-Mail:  smith@lbbslaw.com**

**Frank C. Rothrock, Esq.**
**SHOOK, HARDY & BACON**
**1600 Jamboree Center**
**Five Park Plaza**
**Irvine, CA  92614**
**Tel:    (949) 475-1500**
**Fax:    (949) 475-0016**
**E-Mail:  frothrock@shb.com**

Defendants' Liaison Counsel:
**Peter C. Neger, Esq**
**BINGHAM MCCUTCHEN**
**399 Park Avenue**
**New York, NY  10022**
**Tel:    (212) 705-7000**
**Fax:    (212) 752-5378**
**E-Mail:  peter.neger@bingham.com**