```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
In re: EPHEDRA PRODUCTS LIABILITY    :    04 M.D. 1598 (JSR)
LITIGATION                           :
                                     :    ORDER OF PAYMENT
-------------------------------------X
PERTAINS TO ALL CASES
```

JED S. RAKOFF, U.S.D.J.

At the monthly status conference held on January 5, 2006, the Court approved the application of Buchanan Ingersoll PC for payment of $175,000 in fees and expenses from the Plaintiffs' Common Attorney Fee Fund maintained by the Clerk of this Court pursuant to Case Management Order No. 7 ¶ 2(a). NOW, THEREFORE, the Clerk is hereby directed to issue a check for $175,000 to the order of Buchanan Ingersoll PC and to hand it over to a person sent for it by the payee in exchange for a receipt on the payee's letterhead identifying the check by amount and payee and signed and dated by the personal receiving the check. The Clerk shall preserve the receipt in the files of the Fund.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       January 10, 2006



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-12-06