UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
In re: EPHEDRA PERSONAL INJURY      :
LITIGATION                          :  04 M.D. 1598 (JSR)
                                    :
------------------------------------X
PERTAINS TO ALL CASES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-12-06

ORDER

JED S. RAKOFF, U.S.D.J.

The Court has received the Special Master's bills dated October 3, 2005, November 1, 2005, December 1 2005, and January 3, 2006, together with notices filed electronically by the Special Master on the same dates inviting parties to send comments or objections about the bill by letter to Chambers within ten days of the notices. No objections or comments were received. The Court has reviewed the bills and hereby approves them in the following amounts:

| Date of Bill and Notice | Amount |
|---|---|
| 10/3/05 | $11,693.95 |
| 11/1/05 | $17,369.89 |
| 12/1/05 | $10,129.00 |
| 1/3/06 | $15,804.00 |
| TOTAL | $54,996.84 |

In accordance with Case Management Order No. 18 ¶ 6(a), the Clerk is hereby directed to disburse $54,996.84 from the Plaintiffs' Common Expense Fund by issuing a check to the order of

James Niss in the amount $54,996.84 and delivering the check to the Chambers of the undersigned.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated   New York, New York
        January 13, 2006