UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
                                          :
In re: EPHEDRA PERSONAL INJURY            :   04 M.D. 1598 (JSR)
LITIGATION                                :
                                          :   ORDER
                                          :
------------------------------------------x

PERTAINS TO ALL CASES

JED S. RAKOFF, U.S.D.J.

The Court has received the invoice of BALL BAKER LEAKE, LLC, dated December 13, 2005 in the amount of $975.22 and the invoice dated December 31, 2005, in the amount of $674.73 together with notices filed electronically by the Special Master inviting interested parties to send comments or objections about these invoices by letter to Chambers to be received within ten days after each notice. No objections or comments were received.

After reviewing the invoices of BALL BAKER LEAKE, LLC, dated December 13 and 31, 2005, the Court hereby approves them and directs the Clerk to issue a check to the order of BALL BAKER LEAKE, LLC in the amount of $1,649.95 and to mail the check to Janice Page CPA, BALL BAKER LEAKE LLC, 122 East 42nd Street, New York, NY 10168. This payment is to be disbursed from the Ephedra Plaintiffs Common Expense Fund, which the Clerk is holding pursuant to Case Management Order No. 7 ¶ 2(a).

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated    New York, New York
         January 17, 2006