```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
In re: EPHEDRA PRODUCTS LIABILITY         :   04 M.D. 1598 (JSR)
LITIGATION                                :
                                          :   ORDER OF PAYMENT
                                          :
------------------------------------------X
PERTAINS TO ALL CASES
```

JED S. RAKOFF, U.S.D.J.

In Case Management Order No. 17 ¶ 5 as amended by Case Management Order No. 20 ¶ 8, the Court approved the payment of $180,656.00 to TL from the Plaintiffs' Common Expense Fund held by the Clerk pursuant to Case Management Order No. 7 ¶ 2(a). NOW, THEREFORE, the Clerk is hereby directed to issue a check for $180,656.00 to the order of TL Administration Inc. and to mail it to Denis O'Connor, TL Plan Administrator, c/o Alix Partners, 9 West 57th Street, New York, NY 10019.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       January 17, 2006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-17-06