UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
In re: EPHEDRA PRODUCTS LIABILITY       :     04 M.D. 1598 (JSR)
LITIGATION                              :
                                        :     ORDER
----------------------------------------X
PERTAINS TO ALL CASES

JED S. RAKOFF, U.S.D.J.

    The Clerk is directed to make the following transfer and

disbursement with respect to the Ephedra Plaintiffs' Common

Attorney Fee Fund (the "Fee Fund") and the Ephedra Plaintiffs'

Common Expense Fund (the "Expense Fund") held by Court pursuant

to Case Management Order No. 7 ¶ 2(a):

    (1) to transfer $392,651.52 from the Fee Fund to the Expense

Fund to implement Case Management Order No. 22 ¶ 8 and correct an

erroneous allocation between the Funds totaling $2,575 in the

Payer Statements submitted by two defendants in *Bush v. Trim*

*International Inc.*, No. 04 Civ. 5472; and

    (2) to issue a check for $390,076.52 to the order of the

"Lopez Hodes MDL 1598 PCC Fund" and hand it over to a person sent

for it by firm of HANLY CONROY BIERSTEIN & SHERIDAN LLP in

exchange for a receipt on the letterhead of HANLY CONROY

BIERSTEIN & SHERIDAN LLP identifying the check by amount and

payee and signed and dated by the personal receiving the check.

The Clerk shall preserve the receipt in the files of the Fund.

This check is issued to reimburse Plaintiffs' Coordinating

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-21-06

Counsel (PCC) for the expenses that were approved in Case

Management Order No. 17 ¶ 5.

SO ORDERED.

JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       February 17, 2006