```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
In re: EPHEDRA PERSONAL INJURY            :
LITIGATION                                :  04 M.D. 1598 (JSR)
                                          :
------------------------------------------X
PERTAINS TO ALL CASES
```

ORDER

JED S. RAKOFF, U.S.D.J.

The Court has received the invoices of BALL BAKER LEAKE, LLC, dated March 6, April 24 and April 30, 2006, together with notices filed electronically by the Special Master inviting parties to send comments or objections about the invoices by letter to Chambers within ten days of the notices. No objections or comments were received. The Court has reviewed the bills and hereby approves them in the following amounts:

| Date of Bill   | Amount     |
|----------------|------------|
| March 6, 2006  | $5,185.17  |
| April 24, 2006 | $905.29    |
| April 30, 2006 | $618.75    |
| TOTAL          | $6,709.21  |

The Clerk is hereby directed to issue a check to the order of BALL BAKER LEAKE, LLC in the amount of $6,709.21 and to mail the check to Janice Page CPA, BALL BAKER LEAKE LLC, 122 East 42nd Street, New York, NY 10168. This payment is to be disbursed from

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-12-06

2

the Ephedra Plaintiffs' Common Expense Fund, which the Clerk is holding pursuant to Case Management Order No. 7 ¶ 2(a).

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated    New York, New York
           May 11, 2006