```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
In re: EPHEDRA PRODUCTS LIABILITY         :   04 M.D. 1598 (JSR)
LITIGATION                                :
                                          :
------------------------------------------X
PERTAINS TO ALL CASES
```

STATUS ORDER (INCLUDING CASE MANAGEMENT ORDER NO.27)

JED S. RAKOFF, U.S.D.J.

At the monthly status conference held on July 6, 2006, the Court made the following rulings, which are hereby confirmed (and in some instances modified and supplemented) as follows:

1. The next status conference will be held, as previously scheduled, at 4:30 pm on Tuesday, August 1, 2006.

2. The Canadian Monitor's motion in the MuscleTech bankruptcy to enforce the Claims Resolution Order entered on June 8, 2006, by the Ontario Superior Court, as modified in light of issues raised at the status conference, was granted by separate order, contingent on further approval by the Ontario Superior Court. An opinion setting forth the Court's reasons will follow.

3. A motion was granted under Rule 17(c), Fed. R. Civ. P., in *Brooks v. Vitamin World*, No. 05 Civ. 3898, to substitute as plaintiff Joaquin Buckley, the 12-year-old son of the deceased plaintiff Joaquinta Brooks, and to appoint Joaquin's grandmother, Peggy Brooks, as his next friend.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-17-06

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       July 13, 2006