```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
In re: EPHEDRA PERSONAL INJURY             :
LITIGATION                                 :  04 M.D. 1598 (JSR)
                                           :
------------------------------------------X
PERTAINS TO ALL CASES
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-23-06

ORDER

JED S. RAKOFF, U.S.D.J.

The Court has received the invoices of BALL BAKER LEAKE, LLC, dated June 30 and July 31, 2006, together with a notice filed electronically by the Special Master on August 9, 2006, inviting parties to send comments or objections about the invoices by letter to Chambers on or before August 21. No objections or comments were received. The Court has reviewed the bills and hereby approves them in the following amounts:

| Date of Bill  | Amount     |
|---------------|------------|
| June 30, 2006 | $2,521.25  |
| July 31, 2006 | $1,400.75  |
| TOTAL         | $3,922.00  |

The Clerk is hereby directed to issue a check to the order of BALL BAKER LEAKE, LLC in the amount of $3,922.00 and to mail the check to Janice Page CPA, BALL BAKER LEAKE LLC, 122 East 42nd Street, New York, NY 10168. This payment is to be disbursed from the Ephedra Plaintiffs' Common Expense Fund, which the Clerk is holding pursuant to Case Management Order No. 7 ¶ 2(a).

2

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated   New York, New York
        August 22, 2006