UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
IN RE: EPHEDRA PRODUCTS LIABILITY LITIGATION   :   04 M.D. 1598 (JSR)
:
:
------------------------------------------------------------------------x
PERTAINS TO ALL CASES

JED S. RAKOFF, U.S.D.J.

## ORDER CONCERNING LIAISON COUNSEL

Upon notice by Attorney Janet G. Abaray concerning her affiliation with a new law firm effective September 1, 2006, the Court hereby approves Ms. Abaray's continuation in her role as Plaintiffs' Liaison Counsel and as a member of the Plaintiffs' Coordinating Committee. The new contact information for Ms. Abaray is as follows:

> Janet G. Abaray
> Burg Simpson Eldredge Hersh Jardine PC
> 312 Walnut Street, Suite 2090
> Cincinnati, Ohio 45202
> (513) 852-5600
> (513) 852-5611 (facsimile)
> jabaray@burgsimpson.com

Dated: ~~September, 1 2006~~
8/29/06

_____
Jed S. Rakoff, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-29-06