UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

In re: EPHEDRA PERSONAL INJURY
LITIGATION                                    :   04 M.D. 1598 (JSR)
                                              :
                                              :   ORDER
------------------------------------------X
PERTAINS TO ALL CASES

JED S. RAKOFF, U.S.D.J.

The Court has received the Special Master's bills dated 6/1/06, 7/3/06, 8/1/06 and 9/1/06, together with notices filed electronically by the Special Master on the same dates inviting parties to send comments or objections about the bill by letter to Chambers within ten days of the notices. No objections or comments were received. The Court has reviewed the bills and hereby approves them in the following amounts:

| Date of Bill and Notice | Amount |
|---|---|
| 6/1/06 | $11,308.00 |
| 7/3/06 | $5,527.94 |
| 8/1/06 | $9,565.00 |
| 9/1/06 | $5,600.00 |
| TOTAL | $32,000.94 |

In accordance with Case Management Order No. 18 ¶ 6(a), the Clerk is hereby directed to disburse $32,000.94 from the Plaintiffs' Common Expense Fund by issuing a check to the order of James Niss in the amount $32,000.94 and mailing it James Niss, 400 Riverside Drive 3C, New York, NY 10025.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated    New York, New York
         September 12, 2006

2