USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10-4-06_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
In re: EPHEDRA PERSONAL INJURY            :    04 M.D. 1598 (JSR)
LITIGATION                                :
                                          :        ORDER
-----------------------------------------X

PERTAINS TO ALL CASES

JED S. RAKOFF, U.S.D.J.

The Court has received the invoice of BALL BAKER LEAKE, LLC,
dated September 18, 2006, in the amount of $685.00 together with a
notice filed electronically by the Special Master inviting
interested parties to send comments or objections about this
invoice by letter to Chambers to be received on or before September
29. No objections or comments were received.

After reviewing the invoice of BALL BAKER LEAKE, LLC, dated
September 18, 2006, the Court hereby approves it and directs the
Clerk to issue a check to the order of BALL BAKER LEAKE, LLC in the
amount of $685.00 and to mail the check to Janice Page CPA, BALL
BAKER LEAKE LLC, 122 East 42nd Street, New York, NY 10168. This
payment is to be disbursed from the Ephedra Plaintiffs' Common
Expense Fund, which the Clerk is holding pursuant to Case
Management Order No. 7 ¶ 2(a).

SO ORDERED.

JED S. RAKOFF, U.S.D.J.

Dated       New York, New York
            September 29, 2006