```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
In re: EPHEDRA PERSONAL INJURY      :   04 M.D. 1598 (JSR)
LITIGATION                          :
                                    :       ORDER
------------------------------------X
PERTAINS TO ALL CASES
```

JED S. RAKOFF, U.S.D.J.

    The Court has received the invoice of BALL BAKER LEAKE, LLC, dated September 29, 2006, in the amount of $1,321.25 together with a notice filed electronically by the Special Master inviting interested parties to send comments or objections about this invoice by letter to Chambers to be received on or before October 10, 2006. No objections or comments were received.

    After reviewing the invoice of BALL BAKER LEAKE, LLC, dated September 29, 2006, the Court hereby approves it and directs the Clerk to issue a check to the order of BALL BAKER LEAKE, LLC in the amount of $1,321.25 and to mail the check to Janice Page CPA, BALL BAKER LEAKE LLC, 122 East 42nd Street, New York, NY 10168. This payment is to be disbursed from the Ephedra Plaintiffs' Common Expense Fund, which the Clerk is holding pursuant to Case Management Order No. 7 ¶ 2(a).

    SO ORDERED.

                                                              JED S. RAKOFF, U.S.D.J.

Dated    New York, New York  
           October 10, 2006

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 10-11-06

JAMES NISS, SPECIAL MASTER
james.niss@verizon.net

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :    04 M.D. 1598 (JSR)
                                    :
In re: EPHEDRA PRODUCTS LIABILITY   :
                                    :    NOTICE OF OPPORTUNITY TO
LITIGATION                          :    OBJECT TO ACCOUNTANT'S
                                    :    BILL PAYABLE OUT OF
                                         PLAINTIFFS' COMMON FUND
---------------------------- --------X
PERTAINS TO ALL CASES

    PLEASE TAKE NOTICE that the attached bill of BALL BAKER LEAKE, LLC, dated September 29, 2006, to be paid out of the Ephedra Plaintiffs' Common Expense Fund as provided in Case Management Order No. 7 ¶ 2(b), will be submitted to the Court for approval as of October 10, 2006. Any ephedra plaintiff wishing to object to or otherwise comment on the content of the attached bill may do so by *ex parte* letter to the Hon. Jed S. Rakoff, United States Courthouse, 500 Pearl Street, New York, NY 10007, so that the letter arrives in Chambers on or before October 10, 2006.

                                                /s/ James Niss

Dated:    New York, NY
          September 29, 2006

# BALL BAKER LEAKE, LLC

122 EAST 42ND STREET
NEW YORK, NEW YORK 10168
Tel: (212) 661-1630  Fax: (212) 972-1061
www.ballbaker.com

September 29, 2006                                                      #908

James Niss, Special Master
Ephedra Personal Injury Litigation,
04M.D. 1598 (JSR) (SDNY)

================================================================================

For Professional Services:

    Fees for the period from 9/01/06 through 9/30/06:     $1,321.25

# Client Ledger - Unrelieved Time

| Client Name | Job ID | Date | Employe | Service | Hours | Rate | Extensio | Expenses | Description |
|---|---|---|---|---|---|---|---|---|---|
| *Ephedra Plaintiff Fund* | | | | | | | | | |
| | 0000 | | | | | | | | |
| | | 9/1/2006 | AND | Accounting | 0.25 | $110.00 | $27.50 | | Case #179 |
| | | 9/6/2006 | AND | Accounting | 0.50 | $110.00 | $55.00 | | Time with Mike re:mis.stnts.. Cases # 180. |
| | | 9/6/2006 | AND | Accounting | 0.50 | $110.00 | $55.00 | | 08/24-08/30 Fund Reconciliation |
| | | 9/11/2006 | AND | Accounting | 0.50 | $110.00 | $55.00 | | 08/31-09/06 Reconciliation |
| | | 9/11/2006 | AND | Accounting | 0.75 | $110.00 | $82.50 | | Case # 182, 183, 184, call Michael re: |
| | | 9/12/2006 | AND | Accounting | 0.75 | $110.00 | $82.50 | | Case #185, e-mails to JP re: missing stnts |
| | | 9/5/2006 | JP | Accounting | 0.50 | $245.00 | $122.50 | | review spreadsheet & new cmo |
| | | 9/11/2006 | JP | Accounting | 0.25 | $245.00 | $61.25 | | em to JM.not receiv payer stmts |
| | | 9/11/2006 | JP | Accounting | 0.50 | $245.00 | $122.50 | | sept reconcilation |
| | | 9/19/2006 | JP | Accounting | 0.50 | $245.00 | $122.50 | | rev 9/13 reconciliation |
| | | 9/29/2006 | JP | Accounting | 0.50 | $245.00 | $122.50 | | rev w/s & edit outflow page |
| | | 9/5/2006 | SVG | Accounting | 0.75 | $110.00 | $82.50 | | CMO #28, print James' bills |
| | | 9/6/2006 | SVG | Accounting | 0.25 | $110.00 | $27.50 | | printing out CMO#25 and enter |
| | | 9/18/2006 | SVG | Accounting | 0.75 | $110.00 | $82.50 | | reconciliation, enter special master bill. |
| | | 9/21/2006 | SVG | Accounting | 0.75 | $110.00 | $82.50 | | case #186 & 187, review duplicated cases |
| | | 9/22/2006 | SVG | Accounting | 0.50 | $110.00 | $55.00 | | bank reconciliation |
| | | 9/26/2006 | SVG | Accounting | 0.25 | $110.00 | $27.50 | | enter case #188 |
| | | 9/29/2006 | SVG | Accounting | 0.50 | $110.00 | $55.00 | | reconciliation, review cases |
| **Totals for 0000** | | | | | 9.25 | | $1,321.25 | $0.00 | |
| **Totals for Ephedra Plaintiff Fund** | | | | | 9.25 | | $1,321.25 | $0.00 | |