```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
In re: EPHEDRA PERSONAL INJURY             :
LITIGATION                                 :   04 M.D. 1598 (JSR)
                                           :
------------------------------------------X
PERTAINS TO ALL CASES
```

ORDER

JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-14-06

The Court has received the Special Master's bill dated November 1, 2006, together with a notice filed electronically by the Special Master on November 1, 2006 inviting parties to send comments or objections about the bill by letter to Chambers to be received on or before November 13. No objections or comments were received.

After reviewing the Special Master's bill dated November 1, 2006, the Court hereby approves it and directs the Clerk of the Court to pay this invoice from the Ephedra Plaintiffs' Common Expense Fund by issuing a check in the amount of $10,550.00 to the order of James Niss and mailing it to James Niss, 400 Riverside Drive 3C, New York NY 10025.

SO ORDERED.

/s/ Jed S. Rakoff
JED S. RAKOFF, U.S.D.J.

Dated   New York, New York
        November 14, 2006