UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

In re: EPHEDRA PERSONAL INJURY      :
LITIGATION                          : 04 M.D. 1598 (JSR)
                                    :
------------------------------------------X    ORDER

PERTAINS TO ALL CASES

JED S. RAKOFF, U.S.D.J.

The Court has received the Special Master's bill dated December 1, 2006, together with a notice filed electronically by the Special Master on December 1, 2006 inviting parties to send comments or objections about the bill by letter to Chambers to be received on or before December 12. No objections or comments were received.

After reviewing the Special Master's bill dated December 1, 2006, the Court hereby approves it and directs the Clerk of the Court to pay this invoice from the Ephedra Plaintiffs' Common Expense Fund by issuing a check in the amount of $11,183.00 to the order of James Niss and mailing it to James Niss, 400 Riverside Drive 3C, New York NY 10025.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated    New York, New York
         December 12, 2006