```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
In re: EPHEDRA PERSONAL INJURY      :   04 M.D. 1598 (JSR)
LITIGATION                          :
                                    :   ORDER
------------------------------------x
```

PERTAINS TO ALL CASES

JED S. RAKOFF, U.S.D.J.

The Court has been advised by BALL BAKER LEAKE, LLC, accountants for the Plaintiffs' Common Funds held by the Clerk pursuant to Case Management Order No. 7 ¶ 2(a), that the Funds earned $74,697 in interest during the past tax year and will owe federal income tax of $17,202.00 payable on March 17, 2007. Accordingly, the Clerk is directed to issue a check to the order of the United States Treasury in the amount of $17,202.00 and mail it to Janice Page CPA, BALL BAKER LEAKE LLC, 122 East 42nd Street, New York, NY 10168, and Ms. Page is directed to forward the check to the Internal Revenue Service together with the Funds' tax return. This payment is to be disbursed from the Ephedra Plaintiffs' Common Expense Fund.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated   New York, New York
        February 27, 2007