UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: EPHEDRA PRODUCTS
LIABILITY LITIGATION                    04 MD 1598 (JSR)

PERTAINS TO ALL CASES

### ORDER GRANTING MOTION
### FOR ADMISSION *PRO HAC VICE*

Upon the Motion of Peter C. Neger, dated February 15, 2007, for admission *pro hac vice* of an attorney in this Multidistrict Litigation, and for good cause shown, it is hereby

ORDERED, that Ashley S. Heslop, Esq. is admitted to this Court *pro hac vice*.

Dated: New York, New York
       February 26, 2007

_____
Jed S. Rakoff, United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-27-07
```