UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
In re: EPHEDRA PERSONAL INJURY           :
LITIGATION                               :    04 M.D. 1598 (JSR)
                                         :
----------------------------------------X
PERTAINS TO ALL CASES

```
┌──────────────────────────────────────┐
│ USDC SDNY                             │
│ DOCUMENT                              │
│ ELECTRONICALLY FILED                  │
│ DOC #: _____        │
│ DATE FILED: 3-14-07                   │
└──────────────────────────────────────┘
```

                              ORDER

JED S. RAKOFF, U.S.D.J.

    The Court has received the Special Master's bill dated March

1, 2007, together with a notice filed electronically by the Special

Master on March 1, 2007, inviting parties to send comments or

objections about the bill by letter to Chambers to be received on

or before March 12.  No objections or comments were received.

    After reviewing the Special Master's bill dated March 1, 2007,

the Court hereby approves it and directs the Clerk of the Court to

pay this invoice from the Ephedra Plaintiffs' Common Expense Fund

by issuing a check in the amount of $13,529.00 to the order of

James Niss and mailing it to James Niss, 400 Riverside Drive 3C,

New York NY 10025.

        SO ORDERED.

                              _____
                              JED S. RAKOFF, U.S.D.J.


Dated      New York, New York
           March 12 , 2007