UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                  :
IN RE: EPHEDRA PRODUCTS LIABILITY  :       04 M.D.  1598(JSR)
LITIGATION                   :
                  :
-------------------------------------------------------------------X
                  :
PERTAINS TO ALL CASES        :
                  :
-------------------------------------------------------------------X

## AFFIDAVIT OF JOHN C. THORNTON, ESQ. IN SUPPORT OF MOTION FOR REIMBURSEMENT OF EXPENSES INCURRED BY ANDREWS & THORNTON PRIOR TO THE ASSIGNMENT OF MDL 1598

I, John C. Thornton, Esq., hereby declare:

     1.     I am an Attorney duly licensed to practice law in the State of California and admitted to practice *pro hac vice* before this Court.

     2.     I have personal knowledge of the following facts and, if called as a witness, I could competently testify thereto.

     3.     This Affidavit is an explanation of expenses incurred by Andrews & Thornton in connection with the Twinlab Chapter 11 case, *In Re: TL Administration Corporation, et al. (Twinlab)*. These expenses were incurred after the filing of Bankruptcy by Twinlab and prior to the formation of MDL-1598.

     4.     On September 4, 2003, TL Administration Corp. (f/k/a Twinlab Corporation), TL Administration Inc. (f/k/a Twin Laboratories Inc.) and TL Administration (UK) Ltd. (f/k/a Twin Laboratories (UK) Ltd.) (hereinafter collectively "Debtors") filed a petition for reorganization under Chapter 11 of Title 11 of the United States Code.

1

5.      Twinlab involved a company with a significant portion of its corporate debt in bonds and with an organized bond creditor group. The bond creditor group in effect controlled the official committee of unsecured creditors and had interests significantly adverse to tort claimants, who were also unsecured creditors of Twinlab. The non-tort claim creditors accounted for $70 million in claims and would compete directly with the tort creditors for the limited sums that would be available for Twinlabs's general creditors. Simply put, it was in the interest of the bond creditor group to challenge and seek to disallow or materially reduce the claimed value of the tort creditors claims, which were unliquidated and subject to the uncertainties of litigation.

6.      Anne Andrews, Esq., an officer of Andrews & Thornton, contacted a number of attorneys for advice about how to establish a position for the tort claimants within the bankruptcy. She consulted with a prominent New York attorney who worked with Andrews & Thornton as co-counsel on a previous Twinlab case, *McDonald v. Twinlab, et al*. Ms. Andrews was advised to contact and retain Fred Brooks, a Financial Consultant with extensive experience in bankruptcy.

7.      Andrews & Thornton retained Fred Brooks of Connecticut Economics as a Financial Consultant to help with the daunting problem of establishing an effective position for the tort claimants.

8.      Mr. Brooks analyzed the Twinlab Bankruptcy and provided the benefit of his experience in complex bankruptcy and with bond creditors. He provided assistance and direction in connection with addressing the challenges presented at the onset of the case for all tort claimants, including the problems of dealing with the unofficial Creditor Committee which was, as discussed above, hostile to the claims of the tort claimants.

Mr. Brooks provided expert analysis of the situation and proposed the first steps of a plan of action. He explained that the tort claimants constituted a significant general unsecured creditor constituency to which the creditors owed fiduciary obligations. Mr. Brooks emphasized the importance of retaining dynamic creative counsel to represent the tort claimants. He assisted in locating various professionals, most importantly David Molton, Esq., then of Buchanan Ingersoll, P.C.

9.    Mr. Brooks' services were rendered in September and October of 2003, however payments for his services were made in six payments of $6,800.00: three in December 2003; one in February, 2004; one in March 2004 and a final payment in April 2004. A copy of Mr. Brooks's bill from Connecticut Economics dated November 7, 2003 along with the front and back of checks: No. 1015, dated December 1, 2003; No. 1017 dated December 10, 2003; No. 1022 dated December 10, 2003; No 1028 dated February 9, 2004; No. 1035 dated March 11, 2004; No. 1038 dated April 21, 2004 are attached collectively as Exhibit 1.

10.    David Molton was retained in October of 2003. The initial payment for the professional services of Mr. Molton and his firm, Buchanan Ingersoll, P.C., were made by Andrews & Thornton. A $10,000 retainer was paid on November 7, 2003. A copy of the front and back of check number 1008 dated November, 7, 2003 is attached as Exhibit 2.

11.    The foundation for the consensual non-litigated resolution to all underinsured claims and related indemnity claims within a plan of liquidation was devised during those formative days. The work performed by Anne Andrews, Fred Brooks and David Molton and others during the pre MDL period was integral to the

3

resolution of the Twinlab underinsured cases.  This pre MDL work, and the associated costs, also served as a template for the subsequent resolution of the Muscletech, NVE and Metabolife bankruptcies.

12.    An Official Tort Claimants Committee was appointed by Judge Blackshear, over objections from trade creditors, and a valuation was made of the tort claims by an expert retained by the Official Tort Claimants Committee. Thereafter, the interested parties, working together on the then Twinlab global settlement template, obtained from this Court a temporary stay against non-debtor defendants to prevent indemnification claims from being liquidated to the estate's detriment and to permit global negotiations with Twinlab, its insurer, retailers and other co-defendants. The global settlement of underinsured tort claims required cash contributions from Twinlab, its retailers and other co-defendants, in exchange for releases and channeling injunctions to achieve finality for all participating parties.   The final step was the consensual allocation of the global settlement by a referee, Retired Justice John Trotter. Ms. Andrews and Mr. Molton believed and proclaimed that such a resolution could be accomplished even before the determination by the Court of the science/*Daubert* trial which was held by the Court in early 2005.  Their belief was greeted by almost universal skepticism at the time.

13.    Anne Andrews, Esq. served on the Creditor Committee for all four (4) bankruptcies and David Molton served as Committee Counsel for Official Committees in the Twinlab, Muscletech, NVE and Metabolife bankruptcies.  Although Muscletech as a Chapter 15 Bankruptcy posed some unique and challenging problems, the Twinlab template prevailed in Muscletech, NVE, and Metabolife.

4

14.    This Affirmant respectfully requests that this Court recognize that the work and expenses incurred by Andrews & Thornton prior to the formation of the MDL was integral to the resolution achieved in the Twinlab bankruptcy and directly benefited future MDL cases including those cases in the Muscletech, NVE and Metabolife bankruptcies.  These costs have not been previously reimbursed from any other source.

15.    This Affirmant respectfully requests that this Court find good cause exists to reimburse Andrews & Thornton in the amount of $50,800.00.  This amount reflects the costs paid to Fred Brooks of $40,800.00 for his professional services and to Buchanan Ingersoll, P.C. for $10,000.00

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct and that this Affidavit was executed this 30th day of April 2008 at Santa Ana, California.

John C. Thornton, Esq.

5

# EXHIBIT

# 1



**CONNECTICUT ECONOMICS CORPORATION**
189 Shore Road
Old Greenwich, CT 06870
203 637 0069

November 7, 2003

Ann Andrews, Esq.
Andrews & Thornton
820 N. Parton, 2nd Floor
Santa Ana, California

In re Twinlab Corporation, et al
Chapter 11 Case No. 03-15564

For consulting and advisory services of Frederic H. Brooks for the period from September 26, 2003 to Octover 29, 2003.

$40,800 including disbursements

102 hours

6 payments

| Date | Ch# | Amount |
|------|-----|--------|
| * 12/1/03 | 1015 | 6,800 |
| 12/10/03 | 1017 | 6,800 |
| 12/16/03 | 1022 | 6,800 |
| 2/9/04 | 1028 | 6,800 |
| 3/11/04 | 1035 | 6,800 |
| 4/21/04 | 1038 | 6,800 |
| | | 40,800 |

**ANDREWS & THORNTON LAW OFFICES**
COST ACCOUNT
820 N PARTON, 2nd FLOOR
SANTA ANA, CA 92701

PACIFIC
MERCANTILE
BANK
450 Newport Center Drive, Ste 100
Newport Beach, CA 92660

90-4286/1222

**1015**

Exhibit D
12/1/2003

PAY TO THE
ORDER OF    Fredric H Brooks

$ **6,800 00

Six Thousand Eight Hundred and 00/100************************************************************************************ DOLLARS

Fredric H Brooks
189 Shore Rd
Old Greenwich, CT 06870

MEMO

⑈001015⑈ ⑈122242869⑈ 002722304⑈

ANDREWS & THORNTON LAW OFFICES    Cost Account

Fredric H Brooks

12/1/2003

**1015**

6,800 00

6,800 00

LH-AT Joint Cost - 27223

ANDREWS & THORNTON LAW OFFICES    Cost Account

Fredric H Brooks

12/1/2003

**1015**

6,800 00

6,800 00

LH-AT Joint Cost - 27223

SF5501NL 1

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 714-668-9029



1015          Front 12/08/03          $6800.00



1015          Back  12/08/03          $6800.00

**1017**

**ANDREWS & THORNTON LAW OFFICES**
COST ACCOUNT
820 N PARTON, 2nd FLOOR
SANTA ANA, CA 92701

PACIFIC
MERCANTILE
BANK

450 Newport Center Drive, Ste 100
Newport Beach, CA 92660

90-4286/1222

Exhibit D
12/10/2003

$  **6,800 00

PAY TO THE
ORDER OF    Connecticut Economics Corporation

Six Thousand Eight Hundred and 00/100************************************************************

DOLLARS

Connecticut Economics Corporation
Attn  Fred Brooks
37 MacArthur Dr
Old Greenwich, CT 06870

MEMO
Second Payment

⑈001017⑈ ⑆122242864⑆ 002722304⑈

ANDREWS & THORNTON LAW OFFICES   Cost Account

**1017**

Connecticut Economics Corporation

12/10/2003

6,800 00

LH-AT Joint Cost - 27223    Second Payment

6,800 00

ANDREWS & THORNTON LAW OFFICES   Cost Account

**1017**

Connecticut Economics Corporation

12/10/2003

6,800 00

LH-AT Joint Cost - 27223    Second Payment

6,800 00

SF5001NL 1

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 714-668 0399

MD25F027725

PAGE 3                                                                 Period:    11/2

**ANDREWS & THORNTON LAW OFFICES**
COST ACCOUNT
820 N. PARTON, 2nd FLOOR
SANTA ANA, CA 92701

PACIFIC MERCANTILE BANK    433 Newport Center Drive, Ste. 100
Newport Beach, CA 92660
90-4296/1222

1017

12/10/2003

PAY TO THE ORDER OF    Connecticut Economics Corporation                $ **6,800.00

Six Thousand Eight Hundred and 00/100************************************************************    DOLLARS

Connecticut Economics Corporation
Attn: Fred Brooks
37 MacArthur Dr
Old Greenwich, CT 06870

MEMO    Second Payment

1017           Front  12/26/03        $6800.00

1017           Back   12/26/03        $6800.00

**1022**

**ANDREWS & THORNTON LAW OFFICES**
COST ACCOUNT
820 N PARTON, 2nd FLOOR
SANTA ANA, CA 92701

 PACIFIC
MERCANTILE
BANK

450 Newport Center Drive, Ste 100
Newport Beach, CA 92660

90-4286/1222

Exhibit D
12/10/2003

$ **6,800 00

PAY TO THE
ORDER OF    Connecticut Economics Corporation

Six Thousand Eight Hundred and 00/100************************************************************************    **DOLLARS**

Connecticut Economics Corporation
Attn  Fred Brooks
37 MacArthur Dr
Old Greenwich, CT 06870

MEMO

Third Payment

⑆001022⑆ ⑆122242869⑆ 0027223 04⑆

ANDREWS & THORNTON LAW OFFICES    Cost Account        **1022**

Connecticut Economics Corporation                    12/10/2003        6,800 00

LH-AT Joint Cost – 27223    Third Payment            6,800 00

ANDREWS & THORNTON LAW OFFICES    Cost Account        **1022**

Connecticut Economics Corporation                    12/10/2003        6,800 00

LH-AT Joint Cost – 27223    Third Payment            6,800 00

SF5001NL 1

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 714 668-9099

Safeguard  LITHO USA  MFG1  C67003111L  (02/+)

M02SF027725

Account:2722304                                    Period:    1/1/2004 To



1022              Front 01/14/04        $6800.00

1022              Back  01/14/04        $6800.00

1028

**ANDREWS & THORNTON LAW OFFICES**
COST ACCOUNT
820 N. PARTON, 2nd FLOOR
SANTA ANA, CA 92701

PACIFIC
MERCANTILE
BANK

450 Newport Center Drive, Ste 100
Newport Beach, CA 92660

90-4288/1222

Exhibit D
2/9/2004

PAY TO THE
ORDER OF    Connecticut Economics Corporation                                          $    **6,800 00

Six Thousand Eight Hundred and 00/100***********************************************************    DOLLARS

Connecticut Economics Corporation
Attn  Fred Brooks
37 MacArthur Dr
Old Greenwich, CT 06870

MEMO
Fourth Payment

⑈00 10 28⑈  ⑆1222 4 2869⑆  0027223 04⑈

1028

ANDREWS & THORNTON LAW OFFICES    Cost Account

Connecticut Economics Corporation                                2/9/2004                    6,800 00

6,800 00

LH-AT Joint Cost - 27223    Fourth Payment

ANDREWS & THORNTON LAW OFFICES    Cost Account                                                        1028

Connecticut Economics Corporation                                2/9/2004                    6,800 00

6,800 00

LH-AT Joint Cost - 27223    Fourth Payment

SF5001NL-7                        TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 714-668 9999            M10SF027735

Account: 2722304                    Period:    2/28/2004



1028          Front  03/04/04        $6800.00



1028          Back   03/04/04        $6800.00

1035

**ANDREWS & THORNTON LAW OFFICES**
COST ACCOUNT
820 N. PARTON, 2nd FLOOR
SANTA ANA, CA 92701

PACIFIC
MERCANTILE
BANK
450 Newport Center Drive, Ste. 100
Newport Beach, CA 92660

90-4286/1222

Exhibit D
3/11/2004

PAY TO THE
ORDER OF    Connecticut Economics Corporation    $  **6,800 00

Six Thousand Eight Hundred and 00/100************************************************************************    DOLLARS

Connecticut Economics Corporation
Attn  Fred Brooks
37 MacArthur Dr
Old Greenwich, CT 06870

MEMO
Fifth Payment

⑈⑈00 1035⑈⑈ ⑆:1 2224 2864:⑆ 00 2722304⑈⑈

ANDREWS & THORNTON LAW OFFICES    Cost Account    1035

Connecticut Economics Corporation    3/11/2004    6,800 00

LH-AT Joint Cost - 27223    Fifth Payment    6,800 00

ANDREWS & THORNTON LAW OFFICES    Cost Account    1035

Connecticut Economics Corporation    3/11/2004    6,800 00

LH-AT Joint Cost - 27223    Fifth Payment    6,800 00

TO REORDER CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 714-668-6399



1035      Front 03/18/04      $6800.00



1035      Back  03/18/04      $6800.00

**1038**

**ANDREWS & THORNTON LAW OFFICES**
COST ACCOUNT
820 N. PARTON, 2nd FLOOR
SANTA ANA, CA 92701

PACIFIC
MERCANTILE
BANK
450 Newport Center Drive, Ste. 100
Newport Beach, CA 92660

90-4286/1222

Exhibit D
4/21/2004

PAY TO THE
ORDER OF   Connecticut Economics Corporation

$   **6,800 00

Six Thousand Eight Hundred and 00/100*************************************************************************   **DOLLARS**

Connecticut Economics Corporation
Attn  Fred Brooks
37 MacArthur Dr
Old Greenwich, CT 06870

MEMO
Sixth (Final) Payment

⑈"00 l038⑈"  ⑆:l 2224 2864⑆:  0027223O4⑈"

ANDREWS & THORNTON LAW OFFICES    Cost Account                    **1038**

Connecticut Economics Corporation                  4/21/2004

6,800 00

LH-AT Joint Cost - 27223    Sixth (Final) Payment                    6,800 00

ANDREWS & THORNTON LAW OFFICES    Cost Account                    **1038**

Connecticut Economics Corporation                  4/21/2004

6,800 00

LH-AT Joint Cost - 27223    Sixth (Final) Payment                    6,800 00

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 714-669 8099



1038          Front  04/30/04          $6800.00



1038          Back   04/30/04          $6800.00

# EXHIBIT

# 2

**1008**

PACIFIC
MERCANTILE
BANK

450 Newport Center Drive, Ste 100
Newport Beach, CA 92660

90-4286/1222

**ANDREWS & THORNTON LAW OFFICES**
COST ACCOUNT
620 N PARTON, 2nd FLOOR
SANTA ANA, CA 92701

Exhibit D
11/7/2003

PAY TO THE
ORDER OF     Buchanan Ingersoll PC

$ **10,000 00

Ten Thousand and 00/100************************************************************************************************     DOLLARS

Buchanan Ingersoll PC
140 Broadway, 35th Floor
New York, NY 10005-1101

MEMO
Twin Lab BK Representation

⑈00 1008⑈ ⑆1222428⑆ 00 2722304⑈

ANDREWS & THORNTON LAW OFFICES     Cost Account

Buchanan Ingersoll PC

11/7/2003

**1008**

10,000 00

LH-AT Joint Cost - 27223     Twin Lab BK Representation

10,000 00

ANDREWS & THORNTON LAW OFFICES     Cost Account

Buchanan Ingersoll PC

11/7/2003

**1008**

10,000 00

LH-AT Joint Cost - 27223     Twin Lab BK Representation

10,000 00

SFS201NL-4

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 714-918-5059

M235F627725

Safeguard  1M101USA  5/11  CO7501HL (007)

PAGE 3



1008        Front 11/18/03    $10000.00



1008            Back   11/18/03    $10000.00